Samuel L. EDDY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
No. 7404.

Circuit Court of Appeals, Ninth Circuit.
Feb. 20, 1934.

Prescott W. Cookingham, of Portland, Or., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. U. S. Atty. Gen., and E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for respondent, ordered petition to review dismissed for failure of petitioner to file record and docket cause; mandate forthwith.